JANET SHERMAN, ESQ. (State Bar No.: 98560)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA   90405-2215
E-Mail:   JanetSher@aol.com
Tele:      (310) 399-3259
Fax:       (310) 392-9029

LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 314-2603
Fax:  (310) 314-2793

Attorneys for Claimants
MOUSSA AWAD and
FINANCE AUTO SALES, INC.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$121,506.54 IN BANK FUNDS,<br><br>Defendant,<br><br>MOUSSA AWAD AND FINANCE AUTO SALES, INC.,<br><br>Claimants. | Case No. CV 09-2793-GW<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

Upon consideration of the motion of the Claimants Moussa Awad and Finance Auto Sales, Inc. for summary judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is hereby granted,

///

1       IT IS FURTHER ORDERED that the defendant $110,753.60 seized from Citibank account number ***-**0534 shall be returned to the claimants through their counsel Sherman & Sherman forthwith, plus interest accrued thereon pursuant to 28 U.S.C. §2465(b)(1)(C)(i).

DATED: 11/30/09

                /s/ George W. H.
UNITED STATES DISTRICT JUDGE

Presented by:

SHERMAN & SHERMAN
A Professional Law Corporation

LAW OFFICE OF ERIC HONIG

By: /s/ Janet Sherman

Attorneys for Claimants Moussa Awad and Finance Auto Sales, Inc.