1  JANET SHERMAN, ESQ. (State Bar No.: 98560)
   SHERMAN & SHERMAN
2  A Professional Law Corporation
   2115 Main Street
3  Santa Monica, CA   90405-2215
   E-Mail:   JanetSher@aol.com
4  Tele:       (310) 399-3259
   Fax:        (310) 392-9029
5
   LAW OFFICE OF ERIC HONIG
6  Eric Honig - CA Bar No. 140765
   P.O. Box 10327
7  Marina del Rey, CA 90295
   erichonig@aol.com
8  Telephone:  (310) 314-2603
   Fax:  (310) 314-2793
9
   Attorneys for Claimants
10 MOUSSA AWAD and
   FINANCE AUTO SALES, INC.
11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **WESTERN DIVISION**

15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CV 09-2793-GW |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT AS TO DEFENDANT $10,752,.94 IN BANK FUNDS** |
| $121,506.54 IN BANK FUNDS, | ) | |
| Defendant, | ) | |
| _____ | ) | |
| MOUSSA AWAD AND FINANCE AUTO SALES, INC., | ) | |
| Claimants. | ) | |
| _____ | ) | |

         WHEREAS, the Court entered judgment in this case on November 30,

2009 ordering the return of the defendant $110,753.60 seized from Citibank account

number ***-**0534 to the claimants Moussa Awad and Finance Auto Sales, Inc.;

and

1        WHEREAS, on December 4, 2009 the claimants filed a notice of
2   withdrawal of the claims they filed to the sole remaining defendant, $10,752.94 in
3   funds seized from Citibank account number \*\*\*-\*\*0401;
4        THEREFORE, based on that withdrawal of claims, the undersigned
5   parties agree that judgment should be entered as to the above defendant $10,752.94
6   in bank funds; accordingly,
7        IT IS ORDERED that the defendant $10,752.94 in bank funds seized from
8   Citibank account number \*\*\*-\*\*0401, plus interest accrued thereon, is hereby
9   forfeited to the plaintiff United States of America and shall be disposed of
10  according to law;
11       IT IS FURTHER ORDERED that there was reasonable cause for the
12  seizure of the defendant $10,752.94 in bank funds and institution of these
13  proceedings against them. This judgment shall be construed as a certificate of
14  reasonable cause as to the defendant $10,752.94 in bank funds pursuant to 28
15  U.S.C. § 2465;
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1         IT IS FURTHER ORDERED that both the November 30, 2009 judgment ordering the return of the defendant $110,753.60 and this judgment shall be final judgments resolving all claims in this case.

DATED: December 11, 2009    _____/s/ George H. Wu_____
                                    UNITED STATES DISTRICT JUDGE

Presented by:

SHERMAN & SHERMAN
A Professional Law Corporation

LAW OFFICE OF ERIC HONIG

By: _____/s/ Eric Honig_____

Attorneys for Claimants Moussa Awad and Finance Auto Sales, Inc.

GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE E. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney

/s/ Michele C. Marchand
_____
MICHELE C. MARCHAND
Assistant United States Attorney
Attorneys for Plaintiff United States of America