1  JANET SHERMAN, ESQ. (State Bar No.: 98560)
   SHERMAN & SHERMAN
2  A Professional Law Corporation
   2115 Main Street
3  Santa Monica, CA   90405-2215
   E-Mail:   JanetSher@aol.com
4  Tele:      (310) 399-3259
   Fax:       (310) 392-9029
5
   LAW OFFICE OF ERIC HONIG, APLC
6  Eric Honig - CA Bar No. 140765
   P.O. Box 10327
7  Marina del Rey, CA 90295
   erichonig@aol.com
8  Telephone:  (310) 314-2603
   Fax: (310) 314-2793
9
   Attorneys for Claimants
10 MOUSSA AWAD and
   FINANCE AUTO SALES, INC.
11

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14                      **WESTERN DIVISION**

15
   UNITED STATES OF AMERICA,        )   Case No.  CV 09-2793-GW
16                                  )
              Plaintiff,            )   **JUDGMENT FOR ATTORNEY**
17                                  )   **FEES**
         vs.                        )
18                                  )
   $121,506.54 IN BANK FUNDS,       )
19                                  )
              Defendant,            )
20 _____  )
                                    )
21 MOUSSA AWAD AND FINANCE          )
   AUTO SALES, INC.,                )
22                                  )
              Claimants.            )
23 _____  )

24         On January 4, 2010, this Court granted the motion of the Claimants

25 Moussa Awad and Finance Auto Sales, Inc. for attorney fees and costs, pursuant to

26 28 U.S.C. §2465(b)(1)(A). Accordingly,

27         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

28 plaintiff United States of America shall pay attorney fees to the Law Office of Eric


1  Honig, APLC and Sherman & Sherman, APLC in the total amount of $49,790.40,
2  along with costs in the amount of $47.57;
3        IT IS FURTHER ORDERED that the above fees shall be paid by the
4  plaintiff United States of America directly to the claimants' attorneys;
5        IT IS FURTHER ORDERED that any check for payment of the full
6  amount of said fees and costs shall be made payable to "Sherman & Sherman," and,
7  unless alternative arrangements are made by counsel, mailed to Sherman &
8  Sherman, 2115 Main Street, Santa Monica, CA 90405-2215.

10  DATED: January 8, 2010   _____
                                 UNITED STATES DISTRICT JUDGE

Presented by:

SHERMAN & SHERMAN
A Professional Law Corporation

LAW OFFICE OF ERIC HONIG

      /s/ Janet Sherman
By: _____
    JANET SHERMAN

Attorneys for Claimants Moussa Awad and
Finance Auto Sales, Inc.

2